

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE: WESTERN DAIRY TRANSPORT, LLC, | | No. 08-13-00190-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | § | IN MANDAMUS |
| | § | |
| | § | |

**J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Maria Salas Mendoza, Judge of the 120th District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

All costs herein having been paid, no further order is made with respect thereto.

IT IS SO ORDERED THIS 30TH DAY OF JULY, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.